# EXHIBIT A

## Index of Documents Sought by Rich

*Rich v. Simoni v. LP, No. 1:12-cv-12-IMK-JSK*

## Index of Documents Sought by Rich

| Page range | Document | Privilege or designation | Status |
|---|---|---|---|
| **A. Documents from underlying Spelter litigation (2003-09).** | | | |
| LP00001-LP00003 | Email from Medina to Givens, Taylor, Moore, Shaffer, Bailey, Proctor, Toolan, Rich dated 12/12/2003 subject: Confidential/Spelter West Virginia | Attorney work product. | At issue. |
| LP000210-LP000211 | E-mail from Medina to Blanchard, Thomas, Proctor, Logan, Rafferty, Toolan dated 12/15/2003; Subject: Cost Committee | Attorney work product; confidential. | At issue. |
| LP000249 | E-mail from Buchanan to Blanchard dated 4/26/2012, Subject: 4258 Spelter: Perrine, et al v. E.I. Dupont De Nemours and Co., et al: SIMONI | Attorney work product; attorney client privilege; joint defense privilege. | At issue. |
| LP000254 | E-mail from Buchanan to Blanchard dated 4/26/2012, Subject: 4258 Spelter: Perrine, et al v. E.I. Dupont De Nemours and Co., et al: SIMONI | Attorney work product; attorney client privilege; joint defense privilege. | At issue. |
| LP000802 | E-mail from Carol Moore to Mason, McWilliams, Buchanan, Taylor dated 10/6/2006, Subject: Dummond witnesses- briefs of friends and family | Attorney work product. | At issue. |
| LP000831 | E-mail from Medina to Buchanan, Blanchard, Env Group dated 12/11/06, re: Spelter/Simoni call | Attorney work product. | At issue. |
| LP000832 | E-mail from Buchanan to Medina, Blanchard, Environmental Group dated 12/11/06 re: Spelter/Simoni call | Attorney work product. | At issue. |
| LP000837-LP000838 | E-mail from-Moore to Buchanan, Taylor, Mason, Env Group, Madonna, Rich, Jones, Campbell, Laraw, Proctor dated 12/28/2006, Subject: Perrine/Drummond Conference Call Agenda | Attorney work product; contains mental impressions of counsel. | Produced by Rich at RICH-001769. |
| LP000839-LP000841 | E-mail from Buchanan to Moore, Taylor, Mason, Env Group, Madonna, Rich, Jones, Campbell, Laraw, Proctor dated 12/28/2006 Subject: Perrine/Drummond Conference Call Agenda | Attorney work product; contains mental impressions of counsel. | Produced by Rich at RICH-001769. |
| LP000842-LP000844 | E-mail from Medina to Buchanan, Moore, Taylor, Mason, Env Group, Madonna, Rich, Jones, Campbell, Laraw, dated 12/28/2006 Subject: Proctor- Perrine/Drummond Conference Call Agenda | Attorney work product; contains mental impressions of counsel. | Produced by Rich at RICH-001769. |
| LP000845-LP000847 | E-mail dated 12/28/2006-Medina to Buchanan, Moore, Taylor, Mason, Env Group, Campbell, Laraw, Jones, Rich, Madonna-Draft of Perrine/Drummond Conference Call Agenda | Attorney work product; contains mental impressions of counsel. | Produced by Rich at RICH-001769. |
| LP000848 | E-mail from Medina to Environment Grp dated 12/29/2006, Subject:Spelter/Simoni | Attorney work product. | At issue. |
| LP000849-LP000850 | E-mail from Mackenzie Fosselman to Medina, Buchanan, Env Group dated 12/29/2006, Subject:Spelter/Simoni | Attorney work product. | At issue. |
| LP000851-LP000852 | E-mail from Mackenzie Fosselman to Medina, Buchanan, Env Group dated 12/29/2006, Subject: Spelter/Simoni | Attorney work product. | At issue. |
| LP000853-LP000854 | E-mail from Medina to Environmental Group dated 12/29/2006 re: Drummond - SOL - docs and Simoni docs | Attorney work product. | At issue. |

| Page range | Document | Privilege or designation | Status |
|---|---|---|---|
| LP000856-LP000860 | E-mail from Moore to trial team dated 7/18/07 re: Perrine v. Dupont- "To Do" list updated - July 18, 2007 | Attorney work product. | Produced by Rich at RICH-001776. |
| LP000861 | E-mail from Medina to trial team dated 2/8/07 re: Spelter/Werntz and Simoni WVU FOIA Requests | Attorney work product. | Produced by Rich at RICH-001977. |
| LP000863 | E-mail from Buchanan to trial team dated 2/8/07 re: Spelter/Werntz and Simoni WVU FOIA Requests | Attorney work product. | Produced by Rich at RICH-001977. |
| LP000865 | E-mail from Medina to trial team dated 2/8/07 re: Spelter/Werntz and Simoni WVU FOIA Requests | Attorney work product. | Produced by Rich at RICH-001977. |
| LP000867-LP000868 | E-mail from Buchanan to trial team dated 2/8/07 re: Spelter/Werntz and Simoni WVU FOIA Requests | Attorney work product. | Produced by Rich at RICH-001977. |
| LP000869-LP000870 | E-mail from Medina to trial team dated 2/8/07 re: Spelter/Werntz and Simoni WVU FOIA Requests | Attorney work product. | Produced by Rich at RICH-001977. |
| LP000871-LP000872 | E-mail from Medina to trial team dated 2/8/07 re: Spelter/Werntz and Simoni WVU FOIA Requests | Attorney work product. | Produced by Rich at RICH-001977. |
| LP000874-LP000875 | E-mail from Buchanan to trial team dated 2/8/07 re: Spelter/Werntz and Simoni WVU FOIA Requests | Attorney work product. | Produced by Rich at RICH-001977. |
| LP000877-LP000879 | E-mail from Medina to trial team dated 2/8/07 re: Spelter/Werntz and Simoni WVU FOIA Requests | Attorney work product. | Produced by Rich at RICH-001977. |
| LP000886-LP000888 | E-mail from Medina to Givens, Taylor, Moore, Shaffer, Bailey, Proctor, Toolan, Rich dated 12/12/03; Subject: RE:  Confidential/Spelter, West Virginia | Attorney work product; confidential. | At issue. |
| LP000889 | E-mail from Medina to Proctor, Toolan, Moore, Blanchard, Logan, Smith, Bailey dated 5/11/04, re: Spelter Report | Attorney work product; confidential. | At issue. |
| LP000901-LP000902 | E-mail from Medina to trial team dated 10/23/04 re: phone call | Attorney work product. | Produced by Rich at RICH-001743. |
| LP000903 | E-mail from Medina to trial team dated 8/24/04 re: Class Action Complaint | Attorney work product. | At issue. |
| LP001498-LP001526 | Notes of trial team meetings | Attorney work product; relates to other litigation. | At issue. |
| LP001577-LP001578 | Internal attorney notes regarding tasks to be performed in support of litigation | Attorney work product. | At issue. |
| LP001581-LP001607 | Internal attorney e-mails regarding tasks to be performed in support of litigation; impressions of counsel as to meaning of documents received | Attorney work product; irrelevant mental impressions of counsel. | At issue. |
| LP002433-LP002435 | Perrine\SOL\RE ConfidentialSpelter West Virginia.pdf | Attorney work product and confidential.  Portions redacted relate to impressions of potential litigation and also minor references to other cases. | At issue. |
| LP002438-LP002439 | Perrine\SOL\Spelter Report.pdf | Attorney work product and confidential.  Contains statements of intention in proceeding with case and evaluations of case. | At issue. |

| Page range | Document | Privilege or designation | Status |
| --- | --- | --- | --- |
| **B. Drafts of documents evidencing Levin Papantonio's expenses during the underlying Spelter litigation.** | | | |
| LP002697-LP002703 | Spelter\Spelter by Group 12.10.2010 POST TRIAL.xls | Attorney work product and confidential.  This document contains information on costs at a detailed level.  What those costs were spent on is privileged.  No payments to Simoni were present on this list.  The native format version of this document has been altered prior to production by typing an X over, and blacking out, all cost entries that had no relationship to this litigation.  We have retained the original native format version which contains all of this information. | Believed to be produced by The Cochran Firm at CochranFirm020262-CochranFirm020383. |
| LP002704-LP002749 | Spelter\Spelter by Group 12-09-10 4.00.xls | Attorney work product and confidential.  This document contains information on costs at a detailed level.  What those costs were spent on is privileged.  The native format version of this document has been altered prior to production by typing an X over, and blacking out, all cost entries that had no relationship to this litigation.  We have retained the original native format version which contains all of this information. | Believed to be produced by The Cochran Firm at CochranFirm020262-CochranFirm020383. |
| LP002750-LP002795 | Spelter\Spelter by Group 12-9-10 with subtotals.xls | [Same as line above.] | Believed to be produced by The Cochran Firm at CochranFirm020262-383. |
| LP002796-LP002841 | Spelter\Spelter by Group 12-9-10.xls | [Same as line above.] | Believed to be produced by The Cochran Firm at CochranFirm020262-383. |
| LP002842-LP002887 | Spelter\Spelter by Group post trial 12.20.2010.xls | [Same as line above.] | Believed to be produced by The Cochran Firm at CochranFirm020262-383. |
| LP002890-LP002959 | Spelter\Spelter Case Trans 12.07.2010.xls | [Same as line above.] | Believed to be produced by The Cochran Firm at CochranFirm005188-489. |

| Page range | Document | Privilege or designation | Status |
|---|---|---|---|
| LP002960-LP003029 | Spelter\Spelter Case Trans 12.08.2010 details.xls | [Same as line above.] | Believed to be produced by The Cochran Firm at CochranFirm005188-489. |
| **C. Documents generated in response to Simoni's demand letter (2010 documents).** | | | |
| LP000220 | E-mail from Moore to Phillips dated 3/30/10, re: FW: Perrine - Simoni | Attorney work product; joint defense privilege. | At issue. |
| LP000224 | E-mail from Moore to Environmental Group dated 4/20/2010, subject: FW: Dr. Simoni | Attorney work product; joint defense privilege. | At issue. |
| LP001388 | E-mail from Moore to Phillips re: Perrine - Simoni | Attorney work product; joint defense privilege. | At issue. |
| LP001399-LP001413 | Research dated 3/29/2010 | Attorney work product. | Levin Papantonio will voluntarily produce. |
| LP001463-LP001480 | Research dated 3/29/2010 | Attorney work product. | Levin Papantonio will voluntarily produce. |
| LP001527 | E-mail from Moore to Environmental Group dated 4/20/10 re: Dr. Simoni | Attorney work product; joint defense privilege. | At issue. |
| LP001530 | E-mail from Moore to Environmental Group dated 3/30/10 re: 4258 Spelter: Perrine, et al . . . | Attorney work product; joint defense privilege. | At issue. |
| LP001555-LP001572 | Research dated 3/29/2010 | Attorney work product. | Levin Papantonio will voluntarily produce. |
| LP001573-LP001574 | E-mail from Phillips to Mills dated 3/30/10 re: Perrine - Simoni | Attorney work product; joint defense privilege. | At issue. |