# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GARY W. RICH and LAW OFFICE OF GARY W. RICH, L.C., | ) ) ) |
| Plaintiffs/Counter-Defendants, | ) Civil Action No. 1:12-cv-12-IMK ) |
| v. | ) Judge Irene Keeley ) |
| JOSEPH SIMONI, | ) Magistrate Judge John S. Kaull ) |
| Defendant/Counter-Plaintiff. | ) ) |
| GARY W. RICH and LAW OFFICE OF GARY W. RICH, L.C., | ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| BARON AND BUDD, a professional corporation; COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR P.C.; and LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A., | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

## NOTICE OF CHANGE OF ADDRESS

Undersigned counsel for Plaintiffs/Counter-Defendants/Third-Party Plaintiffs Gary W. Rich and the Law Office of Gary W. Rich, L.C. hereby give notice to the Court and to counsel of a change in their address. Effective May 5, 2014, Daniel Marino and Tillman Finley's address has changed to the following:

> **MARINO LAW PLLC**
> 1100 New York Avenue, N.W.
> Suite 700W
> Washington, DC 20005

                                    Respectfully submitted,

DATED:  May 6, 2014        /s/ E. Ryan Kennedy
                                    Richard W. Gallagher (Bar No. 1327)
                                    E. Ryan Kennedy (Bar No. 10154)
                                    ROBINSON & MCELWEE, PLLC
                                    140 W. Main Street, Suite # 300
                                    Clarksburg, WV  26301-2914
                                    (304) 622-5022
                                    (304) 622-5065 (facsimile)

                                    Daniel Marino (*pro hac vice*)
                                    Tillman Finley (*pro hac vice*)
                                    MARINO LAW PLLC
                                    1100 New York Avenue, N.W.
                                    Suite 700W
                                    Washington, DC  20005
                                    (202) 223-8888
                                    (877) 239-2146 (facsimile)

                                  *Counsel for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

    I, E. Ryan Kennedy, counsel for Plaintiffs/Counter-Defendants Gary W. Rich and the Law Office of Gary W. Rich, L.C., do hereby certify that I have caused to be served the foregoing **NOTICE OF CHANGE OF ADDRESS** upon the below counsel of record this 6th day of May, 2014, via the Court's electronic filing system:

| | |
|---|---|
| Jeffrey M. Wakefield<br>Caleb P. Knight<br>FLAHERTY SENSABAUGH<br>BONASSO PLLC<br>P.O. Box 3843<br>Charleston, WV  25338-3843 | Angela Mason<br>163 West Main Street<br>Dothan, AL  36301 |
| Christopher J. McCarthy<br>BOOTH & MCCARTHY<br>P.O. Box 4669<br>Bridgeport, WV  26330 | William F. Cash III<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, RAFFERTY &<br>PROCTOR, P.A.<br>316 South Baylen Street<br>Pensacola, FL  32502 |

DATED:  May 6, 2014

          /s/ E. Ryan Kennedy_____
          Richard W. Gallagher (Bar No. 1327)
          E. Ryan Kennedy (Bar No. 10154)
          ROBINSON & MCELWEE, PLLC
          140 W. Main Street
          Suite # 300
          Clarksburg, WV  26301-2914
          (304) 622-5022
          (304) 622-5065 (facsimile)