IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GARY W. RICH and LAW OFFICE
OF GARY W. RICH, L.C.,

      Counter-Defendants/
      Third-Party Plaintiffs,

v.          //    CIVIL ACTION NO. 1:12CV12
               (Judge Keeley)

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.,

      Third-Party Defendant/
      Counter-Claimant,

v.

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.,

      Third-Party Defendant/
      Counter-Claimant,

v.

BARON AND BUDD, P.C.,

      Third-Party Defendant/
      Counter-Claimant.

### ORDER FOLLOWING STATUS CONFERENCE

On November 6, 2015, during a status conference, the parties informed the Court that the investigation by the West Virginia Office of Disciplinary Counsel (the "ODC") of Mr. Rich and his law firm is ongoing. The Court then heard argument on the third-party plaintiffs' motion to continue the stay in this case previously imposed by the Court. For the reasons stated on the record, the Court **DENIED** the motion and **LIFTED THE STAY**. Further, it informed

**RICH, ET AL. v. SIMONI**                                                         **1:12CV12**

**ORDER FOLLOWING STATUS CONFERENCE**

the parties that it intends to enter a scheduling order on **November 23, 2015**, to include a trial date in December, 2016. The Court **DIRECTED** the parties to submit any scheduling requests for the Court's consideration on or before **Tuesday, November 17, 2015**.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: November 9, 2015.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE