# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GARY W. RICH and LAW OFFICE OF GARY W. RICH, L.C., ) ) ) | |
| Plaintiffs/Counter-Defendants,   ) ) | Civil Action No. 1:12-cv-12-IMK |
| v.                                                   ) ) | Judge Irene Keeley |
| JOSEPH SIMONI,                                       ) ) | Magistrate Judge Michael Aloi |
| Defendant/Counter-Plaintiff.   ) _____ ) | |
| GARY W. RICH and LAW OFFICE OF GARY W. RICH, L.C.,  ) ) ) | |
| Third-Party Plaintiffs,   ) ) | |
| v.                                                   ) ) | |
| BARON AND BUDD, a professional corporation; COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR P.C.; and LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.,  ) ) ) ) ) ) | |
| Third-Party Defendants.   ) _____ ) | |

## NOTICE OF SUBMISSION REGARDING SCHEDULING AND PROPOSED SCHEDULING ORDER

Plaintiffs/Counter-Defendants/Third-Party Plaintiffs/Third-Party Counter-Defendants Gary W. Rich and Law Office of Gary W. Rich, L.C. hereby submit the following and attached proposed scheduling order for the Court's consideration. On November 6, 2015, the Court directed the parties to confer on a schedule for the remaining proceedings in this case with a view towards a trial date of December 5 or December 12, 2016. We have conferred with counsel for the Third-Party Defendants but have not come to agreement on a single proposed schedule.

Accordingly, we are submitting herein our recommendations and proposals with respect to further proceedings in this case.

The only remaining claims in this matter are the counterclaims for indemnification asserted by Third-Party Defendants/Third-Party Counterclaimants Baron & Budd, P.C.; Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.; and The Cochran Firm-Dothan, P.C. against Plaintiffs/Counter-Defendants/Third-Party Plaintiffs/Third-Party Counter-Defendants Gary W. Rich and Law Office of Gary W. Rich, L.C.  For ease of reference, the former are referred to in the Table below as "Plaintiffs" and the latter are referred to as "Defendants" consistent with the parties' respective positioning with respect to the claims remaining to be adjudicated.

As set forth in detailed in the attached proposed Scheduling Order, we propose a schedule consisting of the following dates:

| TABLE OF DATES AND DEADLINES | |
|---|---|
| PLAINTIFFS' MOTION FOR LEAVE TO AMEND COUNTERCLAIM | December 4, 2015 |
| PLAINTIFFS' FULL AND COMPLETE RULE 26(a)(1)(A) DISCLOSURES | December 4, 2015 |
| PLAINTIFFS' EXPERT DISCLOSURE | March 15, 2016 |
| DEFENDANTS' EXPERT DISCLOSURE | April 15, 2016 |
| COMPLETION OF DISCOVERY | May 16, 2016 |
| SUMMARY JUDGMENT MOTIONS | July 8, 2016 |
| RESPONSE TO SUMMARY JUDGMENT MOTIONS | August 1, 2016 |

| | |
|---|---|
| REPLY TO SUMMARY JUDGMENT MOTIONS | August 18, 2016 |
| *DAUBERT* MOTIONS | October 14, 2016 |
| RESPONSE TO *DAUBERT* MOTIONS | October 28, 2016 |
| REPLY ON *DAUBERT* MOTIONS | November 4, 2016 |
| PLAINTIFFS' LIST OF WITNESES AND EXHIBITS | November 4, 2016 |
| DEFENDANTS' LIST OF WITNESSES AND EXHIBITS | November 4, 2016 |
| MOTIONS IN LIMINE | November 11, 2016 |
| RESPONSES TO MOTIONS IN LIMINE | November 18, 2016 |
| INTERROGATORIES AND DEPOSITIONS TO BE USED AT TRIAL | November 11, 2016 |
| OBJECTIONS TO INTERROGATORIES AND DEPOSITIONS | November 18, 2016 |
| PROPOSED VOIR DIRE, JURY INSTRUCTIONS, VERDICT FORMS & SPECIAL INTERROGATORIES | November 18, 2016 |
| JOINT PRETRIAL ORDER | November 18, 2016 |
| DESIGNATION OF JOINT EXHIBITS | November 22, 2016 |
| FINAL LIST OF EXHIBITS | November 22, 2016 |
| OBJECTIONS TO FINAL LIST OF EXHIBITS | November 29, 2016 |

| STIPULATION OF FACTS | November 22, 2016 |
|---|---|
| PROPOSED EXPERT WITNESS BIOGRAPHICAL SKETCHES | November 22, 2016 |
| PRETRIAL CONFERENCE/FINAL SETTLEMENT CONFERENCE | November 29, 2016, 10:00 a.m. |
| TRIAL DATE | December 5, 2016, 9:30 a.m.<br>3 to 5 Trial Days |

We note specifically that we object to any schedule that would shorten the response times to a pleading, motion, disclosure, or other event to a period shorter than that provided for by the Federal Rules of Civil Procedure or the Court's Local Rules.

Further, we also object to any proposal that the Court schedule motions in limine and pretrial disclosures for a period of time months in advance of the actual trial date, as the Third-Party Defendants have proposed to us. Separating such events from the trial date and requiring them before the Court has had a chance to address any motions for summary judgment that may be filed presents a risk of unnecessary consumption of time and resources.

Respectfully submitted,

DATED: November 17, 2015

/s/ E. Ryan Kennedy_____
Richard W. Gallagher (Bar No. 1327)
E. Ryan Kennedy (Bar No. 10154)
ROBINSON & MCELWEE, PLLC
140 W. Main Street, Suite # 300
Clarksburg, WV  26301-2914
(304) 622-5022
(304) 622-5065 (facsimile)

Daniel Marino (*pro hac vice*)
Tillman Finley (*pro hac vice*)

4

                                    MARINO FINLEY PLLC
                                    1100 New York Avenue, N.W.
                                    Suite 700W
                                    Washington, DC 20005
                                    (202) 223-8888
                                    (877) 239-2146 (facsimile)

                                    *Counsel for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

    I, E. Ryan Kennedy, counsel for Plaintiffs/Counter-Defendants Gary W. Rich and the Law Office of Gary W. Rich, L.C., do hereby certify that I have caused to be served the foregoing **NOTICE OF SUBMISSION REGARDING SCHEDULING AND PROPOSED SCHEDULING ORDER** upon the below counsel of record this 17th day of November, 2015, via the Court's electronic filing system:

| | |
|---|---|
| Christopher J. McCarthy<br>BOOTH & MCCARTHY<br>P.O. Box 4669<br>Bridgeport, WV  26330 | Angela Mason<br>163 West Main Street<br>Dothan, AL  36301 |
| Cary L. McDougal<br>Baron & Budd, PC<br>3102 Oak Lawn Ave., 11th Floor<br>Dallas, TX  75219-4281 | William F. Cash III<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, RAFFERTY &<br>PROCTOR, P.A.<br>316 South Baylen Street<br>Pensacola, FL  32502 |

DATED:  November 17, 2015

                                                /s/ E. Ryan Kennedy_____
                                                Richard W. Gallagher (Bar No. 1327)
                                                E. Ryan Kennedy (Bar No. 10154)
                                                ROBINSON & MCELWEE, PLLC
                                                140 W. Main Street
                                                Suite # 300
                                                Clarksburg, WV  26301-2914
                                                (304) 622-5022
                                                (304) 622-5065 (facsimile)