## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| GARY W. RICH and LAW OFFICE OF GARY W. RICH, L.C., | ) ) ) |
| Plaintiffs/Counter-Defendants, | ) Civil Action No. 1:12-cv-12-IMK ) |
| v. | ) Judge Irene Keeley ) |
| JOSEPH SIMONI, | ) Magistrate Judge Michael Aloi ) |
| Defendant/Counter-Plaintiff. | ) ) |
| GARY W. RICH and LAW OFFICE OF GARY W. RICH, L.C., | ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| BARON AND BUDD, a professional corporation; COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR P.C.; and LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A., | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

## OBJECTION TO THIRD-PARTY DEFENDANTS' RESPONSE TO THE COURT'S ORDER

Plaintiffs/Counter-Defendants/Third-Party Plaintiffs/Third-Party Counter-Defendants Gary W. Rich and Law Office of Gary W. Rich, L.C. hereby respond briefly to the Third-Party Defendants' Response to the Court's Order (Doc. 237) so as to state specifically their objection to the Third-Party Defendants' request for "permission to amend [their] counter-complaints now, rather than requiring [them] to file a motion for leave to amend." (Doc. 237 at 2.) LR Civ P 15.01 expressly mandates that "[a]ny party filing a motion to amend a pleading that requires leave of court to file, shall attach to that motion a signed copy of the proposed amended

pleading." The Third-Party Defendants' request, if granted, would result in their being granted leave to amend without having first provided a copy of the proposed amended pleading either to the Court or to opposing counsel, as required by the Rule and as we have requested of the Third-Party Defendants so that we can determine whether we consent or not to the proposed amendment.

Accordingly, Plaintiffs/Third Party Counter-Defendants object to proceeding in the fashion suggested by the Third-Party Defendants as it deviates from the process contemplated by the Federal Rules of Civil Procedure and the Court's Local Rules.

Respectfully submitted,

DATED: November 20, 2015

/s/ E. Ryan Kennedy
Richard W. Gallagher (Bar No. 1327)
E. Ryan Kennedy (Bar No. 10154)
ROBINSON & MCELWEE, PLLC
140 W. Main Street, Suite # 300
Clarksburg, WV  26301-2914
(304) 622-5022
(304) 622-5065 (facsimile)

Daniel Marino (*pro hac vice*)
Tillman Finley (*pro hac vice*)
MARINO FINLEY PLLC
1100 New York Avenue, N.W.
Suite 700W
Washington, DC  20005
(202) 223-8888
(877) 239-2146 (facsimile)

*Counsel for Plaintiffs/Counter-Defendants*

## **CERTIFICATE OF SERVICE**

I, E. Ryan Kennedy, counsel for Plaintiffs/Counter-Defendants Gary W. Rich and the Law Office of Gary W. Rich, L.C., do hereby certify that I have caused to be served the foregoing **OBJECTION TO THIRD-PARTY DEFENDANTS' RESPONSE TO THE COURT'S ORDER** upon the below counsel of record this 20th day of November, 2015, via the Court's electronic filing system:

| | |
|---|---|
| Christopher J. McCarthy<br>BOOTH & MCCARTHY<br>P.O. Box 4669<br>Bridgeport, WV  26330 | Angela Mason<br>163 West Main Street<br>Dothan, AL  36301 |
| Cary L. McDougal<br>Baron & Budd, PC<br>3102 Oak Lawn Ave., 11th Floor<br>Dallas, TX  75219-4281 | William F. Cash III<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, RAFFERTY &<br>PROCTOR, P.A.<br>316 South Baylen Street<br>Pensacola, FL  32502 |

DATED:  November 20, 2015

                                             /s/ E. Ryan Kennedy_____
                                             Richard W. Gallagher (Bar No. 1327)
                                             E. Ryan Kennedy (Bar No. 10154)
                                             ROBINSON & MCELWEE, PLLC
                                             140 W. Main Street
                                             Suite # 300
                                             Clarksburg, WV  26301-2914
                                             (304) 622-5022
                                             (304) 622-5065 (facsimile)